UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JOHN THOMAS TROBAUGH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:18-cv-00053 |
| | ) |
| ANDREW M. SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is a Report and Recommendation from Magistrate Judge Brown (Doc. No. 19) in which he recommends granting Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 16) and remanding the final decision of the Social Security Administration for further administrative proceedings. No objections to the Report and Recommendation have been filed.

Having thoroughly reviewed the Report and Recommendation, the Court agrees with the Magistrate Judge's analysis. Specifically, the Court agrees that it is necessary to conduct further administrative proceedings in this case because "the ALJ failed to satisfy the ALJ's affirmative responsibility under SSR 00-4p to ask the [vocational expert] regarding possible conflicts between the [vocational expert]'s testimony and the [Dictionary of Occupational Titles], and in doing so, failed to resolve any potential conflicts." (Doc. No. 19 at 24-25.)

Accordingly, the Report and Recommendation (Doc. No. 19) is **APPROVED AND ADOPTED**; Plaintiff's Motion for Judgment on the Administrative Record (Doc. No. 16) is **GRANTED**; and the final decision of the Social Security Administration is **REMANDED**,

pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE